IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUN -7 A 10: 03

CLERK

| | | |
|---|---|---|
| BOBBY RAY ALLEN | ) | CIVIL ACTION NO: CV590-269 |
| DAVID STEVERSON | ) | CV590-272 |
| GEORGE HOWELL | ) | CV590-273 |
| JAMES GRIFFIN, SR. | ) | CV590-274 |
| IDAS RAY SMITH | ) | CV590-276 |
| HAROLD L. BAXLEY | ) | CV590-277 |
| VERNON CHARLES SMITH | ) | CV590-278 |
| THOMAS K. HARRIS | ) | CV590-280 |
| JACK RANDALL TARPLEY | ) | CV590-281 |
| GLORIA B. BUTLER | ) | CV591-005 |
| ROBERT L. ROLLINS, | ) | CV591-076 |
| Plaintiffs, | ) | |
| v. | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| Defendant. | ) | |

## ORDER

Plaintiffs have filed an Objection to the Magistrate Judge's Order dated May 3, 2005. (Allen Doc. 69.) That Order granted Defendant's Motion for Psychiatric examinations of the Plaintiffs. Plaintiffs' Objection is **OVERRULED**. The Magistrate Judge's Order is neither clearly erroneous nor contrary to law.

**SO ORDERED**, this 7th day of June, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)